No. 76–1658. DYNAMIC MACHINE CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. 

No. 76–1664. GAMA-GARCIA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. 

No. 76–1667. MONROE ET AL. *v.* GRAY ET AL. C. A. 2d Cir. Certiorari denied. 

No. 76–1669. DELTA STEAMSHIP LINES, INC. *v.* TURNER; and
No. 76–1687. TURNER *v.* DELTA STEAMSHIP LINES, INC. C. A. 5th Cir. Certiorari denied. Reported below: 546 F. 2d 676.

No. 76–1670. PERRY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 76–1671. UNITED STATES *v.* DeMARCO. C. A. 9th Cir. Certiorari denied. 

No. 76–1679. BATON ROUGE WATER WORKS CO. *v.* LOUISIANA PUBLIC SERVICE COMMISSION. Sup. Ct. La. Certiorari denied. 

No. 76–1680. RELF ET AL. *v.* GASCH, U. S. DISTRICT JUDGE. C. A. D. C. Cir. Certiorari denied.

No. 76–1682. HARTMAN *v.* HARTMAN. Sup. Ct. Pa. Certiorari denied. 

No. 76–1683. NATIONAL BARREL & DRUM ASSN., INC. *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 76–1684. SUPER TIRE ENGINEERING CO. ET AL. *v.* McCORKLE, COMMISSIONER, DEPARTMENT OF INSTITUTIONS AND AGENCIES OF NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.